ARCIM CORPORATION, Appellant, *v.* LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Respondent.

Argued April 6, 1939; decided April 21, 1939.

*Simon H. Rifkind* and *Sidney R. Nussenfeld* for appellant.

*John J. Bennett, Jr., Attorney-General (Leonard M. Gardner* and *Henry Epstein* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.